**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

RANDOLPH JACK SOLO,

          Plaintiff,

v.                                CIVIL ACTION NO. 3:25-0452

THE CITY OF FLAGSTAFF, ARIZONA,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Jospeh K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny as moot Plaintiff's Motion to Serve Summons and Complaint by Mail (ECF No. 12); deny Defendant's Motion to Dismiss (ECF No. 14), to the extent it seeks outright dismissal of this action; grant Plaintiff's Motion to Move This Case to the District of Arizona (ECF No. 18); grant Plaintiff's Motion to Change Venue from Southern District of West Virginia to District of Arizona (ECF No. 19); transfer this civil action to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1406(a); and remove this matter from the docket of this Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and, consistent with the findings and recommendations, **DENIES** as moot Plaintiff's Motion to Serve Summons and Complaint by Mail (ECF No. 12); **DENIES** Defendant's

-2-

Motion to Dismiss (ECF No. 14), to the extent it seeks outright dismissal of this action; **GRANTS** Plaintiff's Motion to Move This Case to the District of Arizona (ECF No. 18); **GRANTS** Plaintiff's Motion to Change Venue from Southern District of West Virginia to District of Arizona (ECF No. 19); **TRANSFERS** this civil action to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1406(a); and **REMOVES** this matter from the docket of this Court.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:      June 16, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE